# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Laura E. Tartaro-McGowan )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Inova Home Health, LLC, et al )<br>)<br>    Defendant. ) | Civil Action No. 1:21cv298 |

## **JUDGMENT**

Pursuant to the order of this Court entered on June 21, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Inova Home Health, LLC and Alternate Solutions Health Network, LLC and against the Plaintiff, Laura E. Tartaro-McGowan.

FERNANDO GALINDO, CLERK OF COURT

By:       /s/
    D. Van Metre
    Deputy Clerk

Dated: 06/21/2022
Alexandria, Virginia